[Decided April 27, 1897.]

## PEER *v.* KIERNAN.

From Multnomah: HENRY E. McGINN, Judge.

Action by E. M. Peer against Kiernan, Kern & Church to recover damages for an injury sustained while working for defendants. Appeal from an order sustaining a demurrer to the second amended complaint.

*Messrs. McDougall, Spencer & Jones,* for appellant.

*Messrs. Dolph, Mallory & Simon,* for respondent.

The appeal was dismissed, the parties having so agreed. No opinion.

DISMISSED.

[Decided July 31, 1897.]

## KOSHLAND *v.* NATIONAL FIRE COMPANY.

From Umatilla: ROBERT EAKIN, Judge.

*Mr. George E. Chamberlain,* for appellant.

*Mr. John J. Balleray* and *Charles H. Carter,* for respondent.

MR. JUSTICE BEAN.

The plaintiff, Koshland, a citizen of the State of California, brought this action in the Circuit Court of